**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) AMBER HUME, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>(1) CUSTOMER CREDIT CORPORATION and (2) ROYAL MANAGEMENT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No:   CIV-16-1432-M

(Formerly Case No: CJ-2016-5923, Oklahoma County, Oklahoma)

## <u>DEFENDANTS' NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants, Customer Credit Corporation and "Royal Management" (as discussed below, Royal Management's proper name is R.B.S. Computer, Inc., d/b/a Royal Management) (collectively "Defendants"), hereby remove this action from the District Court of Oklahoma County, Oklahoma, where it was filed as Case No. CJ-2016-5923, styled *Amber Hume v. Customer Credit Corporation and Royal Management*, (the "State Court Lawsuit"), to the United States District Court for the Western District of Oklahoma. As grounds for removal, Defendants state as follows:

1.      Customer Credit Corporation and Royal Management are defendants in a civil action brought against them in the District Court of Oklahoma County, State of Oklahoma, and titled *Amber Hume v. Customer Credit Corporation and Royal Management*, Case No. CJ-2016-5923.

2.      As alleged in paragraph 1 of Plaintiff's Petition, at the time of filing this action Plaintiff was an adult resident of Oklahoma City, Oklahoma.

3.    At the time of the filing this action and at the present time, Defendant Customer Credit Corporation was and is a corporation duly organized and existing under the laws of the State of Oklahoma and no other state, with its principal place of business in Oklahoma.

4.    At the time of filing this action and at the present time, Defendant Royal Management is and was a d/b/a of R.B.S. Computer, Inc., a Texas corporation with its principal place of business in Texas. Royal Management is improperly named as a Defendant, as it was not Plaintiff's employer. In addition, Plaintiff has incorrectly named this Defendant. The proper name is R.B.S. Computer, Inc. d/b/a Royal Management. Further, Royal Management was not properly served and currently intends to file a motion to dismiss for lack of proper service and lack of personal jurisdiction in the State of Oklahoma.

5.    This is the kind of action of which the United States District Courts have original jurisdiction because Plaintiff's claims arise under the Constitution, laws or treaties of the United States. Plaintiff's Petition alleges that Defendants violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* by failing to pay wages, including overtime wages. Plaintiff further alleges these federal claims on behalf of herself and others similarly situated.

6.    The aforementioned action was commenced by issuance of summons of the Petition upon Royal Management on November 17, 2016 (Royal Management intends to challenge that this summons constituted proper service) and service of summons on

Customer Credit Corporation on November 28, 2016. Therefore, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

7.     Neither Defendant has filed an Answer or otherwise appeared in the State Court lawsuit.

8.     A copy of all process, pleadings and orders filed in the State Court Lawsuit or served upon Defendants are attached hereto as follows:

> **Exhibit 1 -    Summons reflecting attempted service upon Royal Management, dated November 25, 2016**
>
> **Exhibit 2 -    Summons reflecting issuance upon Customer Credit Corporation with incorrect return of service attached as such service was a duplicate of the certified mail receipt for Royal Management.**
>
> **Exhibit 3 -    Entry of Appearance for Amber L. Hurst, dated November 17, 2016**
>
> **Exhibit 4 -    Entry of Appearance for Leah Roper, dated November 17, 2016.**
>
> **Exhibit 5 -    Petition, filed November 17, 2016**
>
> **Exhibit 6 -    Corrected Return of Service for Customer Credit Corporation, Summons served on November 28, 2016[1].**
>
> **Exhibit 7 -    Docket sheet from District Court of Oklahoma County, State of Oklahoma.**

8.     Defendants will promptly provide Plaintiff written notice of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d). Defendants will also file a copy

---

[1] It is Defendants' understanding that this has been filed in the State Court, however, it is not appearing on the Docket as of 12:30 p.m. on December 15, 2016.

of the Notice of Removal with the District Clerk of Oklahoma County, State of Oklahoma.

DATED this 15th day of December, 2016.

Respectfully submitted,

s/ Tanya S. Bryant
Tanya S. Bryant, OBA #20170
Mary P. Snyder, OBA #31427
-- Of the Firm --
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
tanya.bryant@crowedunlevy.com
mary.snyder@crowedunlevy.com
ATTORNEYS FOR DEFENDANTS
CUSTOMER CREDIT CORPORATION
AND ROYAL MANAGEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2016, the above and foregoing was filed in the Western District Court for the Western District of Oklahoma and the Court Clerk will transmit a Notice of Electronic Filing to the following EFC registrants:

Amber L. Hurst
Leah Roper
HAMMONS, GOWENS, HURST & ASSOCIATES
325 Dean A. McGee Ave.
Oklahoma City, OK 73102
amber@hammonslaw.com
leah@hammonslaw.com
*Attorneys for Plaintiff*

*s/*Tanya S. Bryant
Tanya S. Bryant

4